UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0145 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| OSIEL BETANCUR, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release OSIEL BETANCUR, Case No. MAG. 08-0145 DAD, Charge Title 21 USC § 846; 841, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ 150,000.00 to be secured by vehicle of Mr. Arel

X  Unsecured Appearance Bond in amount of $110,000.00 co-signed by defendant & Mr. Perez.

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other) Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 30, 2008, at 3:55 pm.

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge