HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
OSIEL BETANCUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSIEL BETANCUR,<br><br>Defendant. | No. Cr. S-08-212 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable TROY L. NUNLEY |

Defendant, OSIEL BETANCUR by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On June 9, 2009, this Court sentenced Mr. Betancur to a term of 48 months imprisonment on each of Counts 22 and 23, to be served consecutively, for a total term of 96 months;

3. His total offense level was 29, his criminal history category was III, and the resulting guideline range was 96 months;

4. The sentencing range applicable to Mr. Betancur was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Betancur's total offense level has been reduced from 29 to 27, and his amended guideline range is 87 to 96 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Betancur's term of imprisonment to a term of 87 months.

Respectfully submitted,

Dated:  November 13, 2014                          Dated:   November 13, 2014

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                                   Federal Defender


 /s/ *Jason Hitt*                                                /s/ *David M. Porter*
JASON HITT                                                 DAVID M. PORTER
Assistant U.S. Attorney                                 Assistant Federal Defender

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA                      OSIEL BETANCUR

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Betancur is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 87 to 96 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2009 is reduced to a term of 44 months imprisonment on Count 22, and 43 months imprisonment on Count 23, to be served consecutively, for a total term of 87 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1  Unless otherwise ordered, Mr. Betancur shall report to the United States Probation Office
2  within seventy-two hours after his release.
3  Dated:  November 14, 2014

_____
Troy L. Nunley
United States District Judge